OHIO SECURITY
INSURANCE COMPANY,

CASE NO. 8:19-cv-3115

    Plaintiff,

v.

CARLISOS CONSTRUCTION, Inc.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, Ohio Security Insurance Company sues Defendant, Carlisos Construction, Inc., and says:

### JURISDICTION AND PARTIES

1. This is an action for damages exceeding $75,000.00 excluding interest, costs, and fees. This court has jurisdiction of this matter and these parties pursuant to 28 USC §1332.

2. Ohio Security Insurance Company ("Plaintiff") is a New Hampshire corporation authorized to conduct business in Florida whose principal place of business is in Keene, New Hampshire.

3. Carlisos Construction, Inc. ("Defendant") is a Florida corporation whose principal place of business is Tampa, Hillsborough County, Florida

4. Venue in this District is proper pursuant to 28 USC §1391.

### GENERAL ALLEGATIONS

5. On or about 9 November 2016, Plaintiff issued Defendant general liability policy number BLS 57637798 ("BLS policy"). A copy of the BLS policy is attached as Exhibit 1.

6.     The BLS policy was renewed for the period of 9 November 2017 through 9 November 2018.

7.     The BLS policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $74,691.10.

8.     Plaintiff demanded payment of the final BLS premium from Defendant, which has refused to pay all or any part of the final premium.

9.     On or about 9 November 2016, Plaintiff issued Defendant excess liability policy number ESO 57637798 ("ESO policy"). A copy of the ESO policy is attached as Exhibit 2.

10.     The ESO policy was renewed for the period of 9 November 2017 through 9 November 2018.

11.     The ESO policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $485.25.

12.     Plaintiff demanded payment of the final ESO premium from Defendant, which has refused to pay all or any part of the final premium.

13.     On or about 9 November 2016, Plaintiff issued Defendant workers compensation policy number WC 57637798 ("WC policy"). A copy of the WC policy is attached as Exhibit 3.

14.     The WC policy was renewed for the period of 9 November 2017 through 9 November 2018.

15.     The WC policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $88,738.00.

16.     Plaintiff demanded payment of the final WC premium from Defendant, which has refused to pay all or any part of the final premium.

17.     Plaintiff performed all of the obligations required of it under the policy. All conditions

precedent to this action have occurred or have been waived or performed.

## COUNT I
## BREACH OF CONTRACT
## (BLS POLICY)

18.     Plaintiff realleges paragraphs 1-8 and 17 and incorporates them as if here reiterated.

19.     The BLS policy is a contract of insurance that contains the respective rights and responsibilities of Plaintiff as the insurer and Defendant as the insured.

20.     Defendant breached its contract by failing and refusing to pay the final premium due.

21.     As a result of Defendant's breach of contract, Plaintiff has been damaged.

WHEREFORE, Plaintiff, Ohio Security Insurance Company, requests the entry of judgment against defendant, Carlisos Construction, Inc. for damages in a principal amount according to proof; interest; costs, and such further relief this court deems appropriate.

## COUNT II
## BREACH OF CONTRACT
## (EC POLICY)

22.     Plaintiff realleges paragraphs 1-4, 9-12 and 17 and incorporates them as if here reiterated.

23.     The EC policy is a contract of insurance that contains the respective rights and responsibilities of Plaintiff as the insurer and Defendant as the insured.

24.     Defendant breached its contract by failing and refusing to pay the final premium due.

25.     As a result of Defendant's breach of contract, Plaintiff has been damaged.

WHEREFORE, Plaintiff, Ohio Security Insurance Company, requests the entry of judgment against defendant, Carlisos Construction, Inc. for damages in a principal amount according to proof; interest; costs, and such further relief this court deems appropriate.

**COUNT III**
**BREACH OF CONTRACT**
**(WC POLICY)**

1.      Plaintiff realleges paragraphs 1-4, 13 - 17 and incorporates them as if here reiterated.

2.      The EC policy is a contract of insurance that contains the respective rights and responsibilities of Plaintiff as the insurer and Defendant as the insured.

3.      Defendant breached its contract by failing and refusing to pay the final premium due.

4.      As a result of Defendant's breach of contract, Plaintiff has been damaged.

WHEREFORE, Plaintiff, Ohio Security Insurance Company, requests the entry of judgment against defendant, Carlisos Construction, Inc. for damages in a principal amount according to proof; interest; costs, and such further relief this court deems appropriate.

WHEREFORE, Plaintiff, Wausau Insurance Companies, hereby demands a judgment for damages in the principal amount of $163,914.35, interest, costs, and such further relief this court deems appropriate.

Dated 19 December 2019                    Respectfully submitted,

/s/ Michael R. Morris
Michael R. Morris
Florida Bar No. 70254
Morris & Morris, P.A.
Attorneys for Ohio Security Insurance Company
777 South Flagler Drive, Suite 800- West Tower
West Palm Beach, Florida 33401
Telephone Number 561.903.0562
Facsimile Number 561.828.9351
E-mail address michael@morris.law

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| CARLISOS CONSTRUCTION INC<br>3104 W OSBORNE AVE<br>TAMPA, FL 33614 | (800) 444-1744<br>INSURANCE INTERMEDIARIES INC<br>280 N HIGH ST STE 300<br>COLUMBUS, OH 43215-2535 |



### *Dear Policyholder:*


**Your Commercial Documents**

We know you work hard to build your business. We work together with your agent, **INSURANCE INTERMEDIARIES INC       (800) 444-1744** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- General Liability

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (800) 444-1744

**THIS IS NOT A BILL**


**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (800) 444-1744
- In case of a claim, call your Agent or 1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**


**Exhibit**

**1**

Ohio Security v. Carlisos

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 20 01 08

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**

  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| NP 70 81 06 01 | Florida Notice |
| NP 72 42 01 15 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 73 47 03 04 | Premium Determination for Subcontractors |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 74 50 01 07 | Important Audit Information |
| NP 75 07 04 12 | To Our Florida Commercial Policyholders |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

# FLORIDA NOTICE

The following statement is added to the policy:

Any questions or problems concerning your policy, please contact:

**A.** Your agent,

**B.** Your local Liberty Mutual Insurance Servicing Office

MAILING ADDRESS:

P.O. Box 49130
Charlotte, NC 28277-9130
704-759-7661



This page intentionally left blank.

CARLISOS CONSTRUCTION INC



3104 W OSBORNE AVE
TAMPA, FL 33614


(800) 444-1744
INSURANCE INTERMEDIARIES INC

280 N HIGH ST STE 300
COLUMBUS, OH 43215-2535

BLS (17)   57 63 77 98
From 11/09/2016 To 11/09/2017

## TERRORISM INSURANCE PREMIUM DISCLOSURE
## AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from certified acts of terrorism exceed a specified deductible amount, the government will reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury] , in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

**(i)** to be an act of terrorism;

(ii) to be a violent act or an act that is dangerous to -
    (I)  human life;
    (II)  property; or
    (III) infrastructure;

(iii) to have resulted in damage within the United States, or outside of the United States in the case of -
    (I)  an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
    (II) the premises of a United States mission; and

(iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## **REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO**

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection is received within thirty (30) days of the effective date of your policy**.

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐  I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

Policyholder/Applicant's   Signature               Print Name                Date Signed

_____     _____     _____

| Named Insured | Policy Number |
|---|---|
| CARLISOS CONSTRUCTION INC | BLS (17)  57 63 77 98 |

Policy Effective/Expiration Date
From 11/09/2016 To 11/09/2017

### IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO:

    Attn: Commercial Lines Division - Terrorism
    PO Box 66400
    London, KY 40742-6400

**Note:** Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

# Important Notice
# Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions.

Please refer any questions you may have to your insurance agent.

As an artisan or construction related insured, a portion of your construction operations may be performed by subcontractors. In order to minimize your loss exposure and reduce your premium charge for subcontracted work, your subcontractors must carry adequate insurance.

**Please read the following carefully to understand:**

1. **What is an "Adequately Insured Subcontractor"?**
   "A subcontractor that has a valid certificate of insurance showing proof of Commercial General Liability coverage, or its equivalency, with the Named Insured shown as a Certificate Holder and at least $300,000 (Occurrence) limits for the period of time work was performed."

2. **How do we determine your premium for an "Adequately Insured Subcontractor"?**
   If you are covered by our Artisan Contractors Program, there is no charge for "Adequately Insured Subcontractors" regarding your Commercial General Liability coverage.

   If you are covered by our non-artisan construction related products, we will use the total cost of the subcontracted work to determine your premium regarding your Commercial General Liability coverage. The resulting premium charge to you will normally be much less than if the subcontractor is uninsured or carries an inadequately limit of insurance.

   In order to meet the requirement of having an "Adequately Insured Subcontractor", you must present satisfactory evidence of subcontractor's insurance by providing us with a valid Certificates of Insurance from your subcontractor, at the time of audit. The certificate must show proof of Commercial General Liability coverage with you as the Certificate Holder and at least $300,000 (Occurrence) limit for the period of time that the subcontractor performed work for you.

   If you do not have satisfactory evidence of subcontractors insurance at the time of audit, your subcontractors will be deemed inadequately insured.

3. **How do we determine your premium for an inadequately insured subcontractor?**
   If you cannot provide satisfactory evidence of the subcontractor's insurance at the time of audit, such as not being able to provide a Certificate of Insurance or the Certificate of Insurance has limits less than $300,000 (Occurrence), we will determine the premium for the inadequately insured subcontractor as follows:

   - The subcontractor will be classed according to type of construction operation performed and charged the same as an employee. At the time of audit, we will request that you provide us with the subcontractor's payroll amount and a description of work performed for you.

   If we can not determine the subcontractor's payroll, your premium charge for the inadequately insured subcontractor will be based on the following:

   - If the insured's records do not disclose a breakdown between material and labor costs, but the total subcontract costs did include materials, use a minimum of 50% of the total cost as the premium basis.

   - If the subcontractor work was for labor only, use 90% of the total subcontract cost as the rating basis.

4. **What records and documentation are you required to maintain?**
   Please be sure that you keep clear and accurate records with a breakdown of payrolls and subcontractor costs by type of work performed. In addition, be sure to obtain and save satisfactory evidence of subcontractor's insurance, such as Certificates of Insurance regarding all of your subcontractors.

   On the reverse side of the "Important Notice to Policyholders" we have included a helpful Subcontractor Worksheet, WS 70 03 06 00, that may assist you to establishing an organized method of monitoring your subcontractor's work and their Certificates of Insurance.

**EXAMPLE**

**Subcontractor Worksheet**

Agency: _____          Policy Number: _____

| Name of Subcontractor | Description of Operation | Total Cost Paid to Subcontractor | Cost Paid to Subcontractor for Materials Only | Certificate of Insurance for Workers Comp Coverage (Y) or (N) | Certificate of Insurance for General Liability with at least $300,000 limits per occurrence (Y) or (N) |
|---|---|---|---|---|---|
| Jones Excavating | Foundations  excavated | $15,000 | $5,000 | Y | Y |
| Hart Electrical | Residential  Electrical Work | $7,000 | $0 | Y | Y |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

WS 70 03 06 00

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions you may have to your insurance agent.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Important Notice
## Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions.

Please refer any questions you may have to your insurance agent.

We would like to thank you for being a policyholder. We appreciate your business.

If your policy contains a condition stating it is subject to a premium audit we would like to take this opportunity to explain how the audit process works and answer the most common questions we receive from our policyholders. The information in this notice will make it easier for you to prepare for your audit.

**Insurance Premium Audit Facts**

Audits can benefit our policyholders by allowing us to collect the appropriate amount of premium for each policy.

Most commercial policies are written based on estimated or fluctuating exposure bases. At the end of the policy term an audit will determine the actual exposure bases and the premium will be adjusted accordingly. A company representative will conduct the audit.

The premium auditor will examine and audit records that relate to your policy. The records necessary to complete the audit will vary, based on the coverages you have. Types of records that may be requested for your audit include, but are not limited to:

- Payroll Records, including 941 forms
- Sales Journals or income statements
- General Ledger
- Cash Disbursements Journal
- Subcontractor Certificates

Keeping accurate and complete records will allow the auditor to properly classify and allocate your exposures correctly. Often there are allowable credits available according to insurance manual classification and rating rules. The premium auditor will be able to give you the credits, to which you are entitled, if your records provide the necessary details. Providing the records your auditor needs can save you time and money as well as expedite the audit process.

**How Audits are Conducted**

Audits are handled in different ways, depending on the types of coverages you may have. We conduct audits in the following ways:

Physical Audit - An auditor will contact you and set up a convenient time to personally come to your business and review your records.

Phone Audit -Forms will be mailed to you, explaining what is necessary to complete a phone audit. The phone auditor will contact you or your bookkeeper for this information.

Voluntary Audit - Forms will be mailed to you for completion. We will provide you with contact information if you need assistance in completing the forms.

## Completing the audit

Many states have enacted legislation that governs the time in which an audit must be completed, billed and paid. This applies to audits for cancelled policies as well as regular audits. In order to comply with state regulations, it is important to make your records available for audit when our representative contacts you. We will make every effort to complete the audit within a reasonable time after the close of the policy period stated in your policy.

## Frequently Asked Questions

**Q: What if I use subcontractors?**

A: Subcontractors are factored in to the audit process. Subcontractors who do not have insurance are treated as though they are your employees at the time of the audit. If your subcontractor furnishes you with a certificate of liability or workers' compensation insurance, your insurance cost for that subcontractor could be less. See your policy for details on limits of insurance required for certificates.

**Q: I have no employees and work alone. Does the insurance company still need to complete an audit?**

A: Yes. The auditor will need to verify you worked alone by examining business records that may include tax filings, disbursements, and check stubs.

**Q: Do I need an audit if I have cancelled my policy or am no longer insured with you?**

A: An audit may still be necessary even if you no longer have an active policy with us. The audit would cover the time period for which you were insured by us. Other factors that may determine if an audit is necessary include the time the policy was in effect and the amount of premium involved.

**Q: If I use leased employees but the leasing company carries the liability, are the leased employees excluded from my General Liability policy?**

A: No. The manual rules stipulate that all leased employees are covered on the insured's policy.

**Q: Is it necessary to keep records on any casual labor I use?**

A: Yes. Casual labor payroll is examined during the audit.

**Q: What happens if I do not comply with the audit and fail to provide all necessary records and verification?**

A: It's important to provide the necessary information in order to complete the audit. If you fail to do so, your policy may be cancelled or nonrenewed. You may also receive an estimated audit statement based on increased policy exposure estimates due to non-compliance of audit.

If you would like additional information about the policy audit process, your independent agent can assist you. The Premium Audit Department is also available to answer any questions you may have regarding this process.

Please contact us at 1-888-224-9246 or via E-mail at PremiumAuditServices@libertymutual.com

NP 74 50 01 07

TO OUR FLORIDA COMMERCIAL POLICYHOLDERS

The Florida legal code requires insurance companies to make guidelines for risk management plans available to their commercial insureds. To comply with this requirement, we have guidelines and a questionnaire which will be supplied to you upon request. These provisions apply to commercial property and casualty insurance. For the purpose of this law, commercial property insurance means coverage of commercial risks, excluding windstorm coverage.

In addition to the items listed above, safety consultation services are available. There is no charge for our safety consultation services. Safety consultations may result in safety or loss control recommendations that should be completed.

If you are interested in learning more about the program and our guidelines for it, complete the request below and mail it back to us. Sending this request back to us does not obligate you in any way.

I would like to know more about Risk Management. Please send me your guidelines and other related information, which includes a request for consultation services. I understand I am under no obligation.

Name (as shown on policy) _____

Policy Number _____ Effective Date _____

Name of Person to Contact _____

Contact Person's Title or Position _____

Mailing Address _____

_____

_____

Business Phone ( _____ ) _____

Authorized Signature _____

Mail to:
      Liberty Mutual Insurance
      Loss Prevention Department
      P.O. Box 49130
      Charlotte, NC 28277-9130

# IMPORTANT POLICYHOLDER INFORMATION
# CONCERNING BILLING PRACTICES



**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

This page intentionally left blank.

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BLS (17) 57 63 77 98**

Policy Period:
**From 11/09/2016 To 11/09/2017**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations



| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| CARLISOS CONSTRUCTION INC<br>3104 W OSBORNE AVE<br>TAMPA, FL 33614 | (800) 444-1744<br>INSURANCE INTERMEDIARIES INC<br>280 N HIGH ST STE 300<br>COLUMBUS, OH 43215-2535 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** DRYWALL CONTRACTOR

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| **COVERAGE PART** | **CHARGES** |
|---|---|
| **Commercial General Liability** | **$4,218.00** |

*Total Charges for all of the above coverage parts:*     *$4,218.00*
*Certified Acts of Terrorism Coverage:*   *$17.00*     *(Included)*

*Note: This is not a bill*

## IMPORTANT MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

| Servicing Office<br>and Issue Date | Ohio Regional Office<br>11/07/16 | | Authorized Representative |
|---|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 21 01 08**

**Coverage Is Provided In:**

Ohio Security Insurance Company

Policy Number:
**BLS (17) 57 63 77 98**

Policy Period:
**From 11/09/2016 To 11/09/2017**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Common Policy Declarations**

| Named Insured | Agent |
|---|---|
| CARLISOS CONSTRUCTION INC | (800) 444-1744 |
| | INSURANCE INTERMEDIARIES INC |

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 02 20 03 12 | Florida Changes - Cancellation And Nonrenewal |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 85 00 04 12 | Florida Changes - Non-Cumulation Of Liability Limits Same Occurrence |
| CG 86 11 04 13 | Additional Insured Automatic Status When Required in Construction Agreement With You - Contractors - Completed Operations |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| NP 74 26 04 13 | Notice to Policyholder Fully Earned Minimum Premium Endorsements |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Dexter R. Legg
Secretary

Paul Condrin
President

**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BLS** **(17)** **57 63 77 98**

Policy Period:
**From 11/09/2016 To 11/09/2017**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial General Liability Declarations

Basis: Occurrence

| Named Insured | Agent |
|---|---|
| CARLISOS CONSTRUCTION INC | (800) 444-1744 |
| | INSURANCE INTERMEDIARIES INC |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 4,201.00 |
| Certified Acts of Terrorism  Coverage | 17.00 |

*Total Advance Charges:* **$4,218.00**
*Note: This is not a bill*

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
**BLS (17) 57 63 77 98**

Policy Period:
**From 11/09/2016 To 11/09/2017**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial General Liability**
**Declarations Schedule**

| **Named Insured** | **Agent** |
|---|---|
| CARLISOS CONSTRUCTION INC | (800) 444-1744<br>INSURANCE INTERMEDIARIES INC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001   3104 W Osborne Ave, Tampa, FL 33614-6662**

**Insured:**  CARLISOS CONSTRUCTION INC

**CLASSIFICATION -**  92338
Dry Wall Or Wallboard Installation

| COVERAGE DESCRIPTION | PREMIUM BASED ON -  Executive Officers | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 16,700 Dollars Of Payroll | 12.266 | **$205.00** |
| | | Total: | *$205.00* |
| Products/Completed Operations | | 13.669 | **$228.00** |
| | | Total: | *$228.00* |

**CLASSIFICATION -**  92338
Dry Wall Or Wallboard Installation

| COVERAGE DESCRIPTION | PREMIUM BASED ON -  Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 120,000 Dollars Of Payroll | 12.266 | **$1,472.00** |
| | | Total: | *$1,472.00* |
| Products/Completed Operations | | 13.669 | **$1,640.00** |
| | | Total: | *$1,640.00* |

*To report a claim, call your Agent or 1-800-362-0000*

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
**BLS (17) 57 63 77 98**

Policy Period:
**From 11/09/2016 To 11/09/2017**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial General Liability
Declarations Schedule**



| **Named Insured** | **Agent** |
|---|---|
| CARLISOS CONSTRUCTION INC | (800) 444-1744 |
| | INSURANCE INTERMEDIARIES INC |

## SUMMARY OF OTHER COVERAGE



| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| CG86110413 | Additional Insured Automatic Status When Required Completed Operations | **$656.00** |

| | |
|---|---|
| **Commercial General Liability Schedule Total** | **$4,201.00** |

This page intentionally left blank.

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| CARLISOS CONSTRUCTION INC<br>3104 W OSBORNE AVE<br>TAMPA, FL 33614 | (800) 444-1744<br>INSURANCE INTERMEDIARIES INC<br>280 N HIGH ST STE 300<br>COLUMBUS, OH 43215-2535 |




**Your Commercial Documents**


**THIS IS NOT A BILL**

## *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent,
**INSURANCE INTERMEDIARIES INC        (800) 444-1744**
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Excess Liability

To find your limits of insurance and premium please refer to your Declarations page(s). Please refer to your policy for specific coverages.

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (800) 444-1744



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (800) 444-1744
- In case of a claim, call your Agent or  1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

---

Exhibit

**2**

Ohio Security v. Carlisos

---

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 20 01 08

## You Need To Know - continued

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| NP 70 81 06 01 | Florida Notice |
| NP 73 12 01 15 | Terrorism Insurance Premium Notice And Opportunity To Reject |
| NP 75 07 04 12 | To Our Florida Commercial Policyholders |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

# FLORIDA NOTICE

The following statement is added to the policy:

Any questions or problems concerning your policy, please contact:

**A.** Your agent,

**B.** Your local Liberty Mutual Insurance Servicing Office

MAILING ADDRESS:

P.O. Box 49130
Charlotte, NC 28277-9130
704-759-7661



This page intentionally left blank.

11/07/2016

CARLISOS CONSTRUCTION INC

ESO  (17)   57 63 77 98
From 11/09/2016 To 11/09/2017

3104 W OSBORNE AVE
TAMPA, FL 33614

(800) 444-1744
INSURANCE INTERMEDIARIES INC

280 N HIGH ST STE 300
COLUMBUS, OH 43215-2535



## TERRORISM INSURANCE PREMIUM DISCLOSURE
## AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from certified acts of terrorism exceed a specified deductible amount, the government will reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

(i)   to be an act of terrorism;

    (ii)  to be a violent act or an act that is dangerous to
        (I)   human life;
        (II)  property; or
        (III) infrastructure;

    (iii) to have resulted in damage within the United States, or outside of the United States in the case of
        (I)   an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
        (II)  the premises of a United States mission; and

    (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGEMENT, AND RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection is received within (30) days of the effective date of your policy.**

Before making a decision to reject terrorism insurance, refer to the Underlying Coverage Requirement located at the end of this Notice.

☐  I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from a "certified acts of terrorism" and my policy will be endorsed accordingly.

Policyholder/Applicant's   Signature              Print Name                Date Signed

_____    _____    _____

Named Insured                    Policy Number

CARLISOS CONSTRUCTION INC       ESO (17) 57 63 77 98

Policy Effective/Expiration Date

From 11/09/2016 To 11/09/2017

## UNDERLYING COVERAGE REQUIREMENT

This policy will apply to Terrorism Coverage only in excess of the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to you during the Policy Period.

If you fail to comply with this Underlying Coverage Requirement and you do not maintain your underlying limits as scheduled, we will only be liable to the same extent that we would have been had you fully complied with this requirement.

**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO:**

    Attn: Commercial Lines Division - Terrorism
    P.O. Box 66400
    London, KY 40742-6400

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverages questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

TO OUR FLORIDA COMMERCIAL POLICYHOLDERS

The Florida legal code requires insurance companies to make guidelines for risk management plans available to their commercial insureds. To comply with this requirement, we have guidelines and a questionnaire which will be supplied to you upon request. These provisions apply to commercial property and casualty insurance. For the purpose of this law, commercial property insurance means coverage of commercial risks, excluding windstorm coverage.

In addition to the items listed above, safety consultation services are available. There is no charge for our safety consultation services. Safety consultations may result in safety or loss control recommendations that should be completed.

If you are interested in learning more about the program and our guidelines for it, complete the request below and mail it back to us. Sending this request back to us does not obligate you in any way.

I would like to know more about Risk Management. Please send me your guidelines and other related information, which includes a request for consultation services. I understand I am under no obligation.

Name (as shown on policy) _____

Policy Number _____ Effective Date _____

Name of Person to Contact _____

Contact Person's Title or Position _____

Mailing Address _____

_____

_____

Business Phone ( _____ ) _____

Authorized Signature _____

Mail to:
      Liberty Mutual Insurance
      Loss Prevention Department
      P.O. Box 49130
      Charlotte, NC 28277-9130

# IMPORTANT POLICYHOLDER INFORMATION
# CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

## Excess Liability
## Policy Declarations

Basis: Occurrence

| (ITEM 1) NAMED INSURED & MAILING ADDRESS | AGENT MAILING ADDRESS & PHONE NO. |
|---|---|
| CARLISOS CONSTRUCTION INC<br>3104 W OSBORNE AVE<br>TAMPA, FL 33614 | (800) 444-1744<br>INSURANCE INTERMEDIARIES INC<br>280 N HIGH ST STE 300<br>COLUMBUS, OH 43215-2535 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** DRYWALL CONTRACTOR

### (ITEM 2) POLICY PERIOD

From 11/09/2016 TO 11/09/2017 12:01 AM Standard Time at Insured Mailing Location

### (ITEM 3) PREMIUM CHARGES

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Excess Liability | $707.00 |
| | Certified Acts of Terrorism Coverage | $7.00 (Included) |
| | *Total Advance Charges* | *$707.00* |

*Note: This is not a bill*

BASIS OF PREMIUM:      NON-AUDITABLE( X )      AUDITABLE( )

### (ITEM 4) LIMITS OF INSURANCE

| DESCRIPTION | LIMIT |
|---|---|
| EACH OCCURRENCE | $1,000,000 |
| AGGREGATE (WHERE APPLICABLE) | $1,000,000 |

THESE LIMITS OF INSURANCE APPLY IN EXCESS OF THE UNDERLYING LIMITS OF INSURANCE
INDICATED IN (ITEM 5) OF THE DECLARATIONS.

## (ITEM 5) SCHEDULE OF UNDERLYING INSURANCE:

| CARRIER, POLICY NUMBER AND PERIOD | TYPE OF COVERAGE | LIMITS OF INSURANCE | |
|---|---|---|---|
| FIRST UNDERLYING INSURANCE OHIO SECURITY INSURANCE COMPANY | GENERAL LIABILITY | *$1,000,000* | EACH OCCURRENCE LIMIT |
| BLS(17)57637798 11/09/2016 - 11/09/2017 | | *$1,000,000* | PERSONAL AND ADVERTISING INJURY LIMIT |
| | | *$2,000,000* | GENERAL AGGREGATE LIMIT |
| | | *$2,000,000* | PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT |
| FIRST UNDERLYING INSURANCE OHIO SECURITY INSURANCE COMPANY | EMPLOYERS LIABILITY* | *$1,000,000* | BODILY INJURY EACH ACCIDENT LIMIT |
| XWS(17)57637798 11/09/2016 - 11/09/2017 | | *$1,000,000* | BODILY INJURY BY DISEASE AGGREGATE LIMIT |
| | | *$1,000,000* | BODILY INJURY BY DISEASE EACH EMPLOYEE LIMIT |

*EMPLOYERS LIABILITY COVERAGE IS NOT PROVIDED FOR CLAIMS BY EMPLOYEES WHO ARE SUBJECT TO THE WORKERS COMPENSATION LAWS OF NEW YORK

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
| --- | --- |
| CE 65 24 06 97 | Excess Liability Coverage Form |
| CE 65 30 01 15 | Caps On Losses From Certified Acts Of Terrorism |
| CE 66 54 05 09 | Recording And Distribution Of Material Or Information In Violation Of The Law Exclusion |
| CE 66 55 11 04 | Silicate Exclusion |
| CE 66 56 10 05 | Uninsured/Underinsured Motorist Exclusion |
| CE 88 03 12 02 | War Liability Exclusion |
| CE 88 30 02 10 | Insured Limitation |
| CE 88 63 10 14 | Contractors Errors and Omissions - Exclusion |
| CE 88 64 10 14 | Access or Disclosure Of Confidential Or Personal Information And Data-Related - Liability with Limited Bodily Injury Exception Exclusion |
| CE 88 72 05 16 | Crisis Management Coverage |
| CU 60 05 06 97 | Named Insured |
| CU 61 78 04 11 | Florida Changes - Cancellation and Nonrenewal |
| CU 64 87 10 05 | Economic or Trade Sanctions Condition Endorsement |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Dexter Legg
Secretary

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 23 01 08

This page intentionally left blank.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED

The Named Insured listed in Item **1** of the Declarations is changed to the following:
CARLISOS CONSTRUCTION INC , as per the scheduled
"first underlying insurance".



This endorsement does not change any other provision of the policy.

This page intentionally left blank.

## Policyholder  Information

**Named Insured & Mailing Address**

CARLISOS CONSTRUCTION  INC
3104 W OSBORNE AVE
TAMPA,  FL 33614

**Agent Mailing Address & Phone No.**

(800)  444-1744
INSURANCE  INTERMEDIARIES  INC
280 N HIGH ST STE 300
COLUMBUS,  OH 43215-2535



### *Dear Policyholder:*



We know you work hard to build your business. We work together  with your agent,
**INSURANCE  INTERMEDIARIES  INC**        **(800)  444-1744**
to help protect the things you care about. Thank you for selecting us.

Enclosed  are your insurance documents consisting of:

THIS IS
NOT A
BILL

- Workers Compensation  And Employers  Liability  Insurance
Policy,  Information  Page, Endorsements  and Other Documents

To find your specific coverages,  limits of liability  and premium,  please refer to your
Workers Compensation  and Employers  Liability  Insurance  Policy Information  Page,
extensions,  the policy and endorsements.

If you have any questions or changes that may affect your insurance  needs, please
contact  your Agent at (800) 444-1744



**Reminders**

- Verify that all information  is correct
- If you have any changes,  please contact  your
Agent at (800) 444-1744
- In case of a claim,  call your Agent or  1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**



Exhibit

3

Ohio Security v. Carlisos

exhibitsticker.com

*To report a claim,  call your Agent or  1-800-362-0000*

DS 70 20 01 08

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| NP 70 04 07 16 | Important Notice To Policyholders Drug-Free Workplace Premium Credit Program |
| NP 70 81 06 01 | Florida Notice |
| NP 71 87 07 04 | Application for Drug-Free Workplace Premium Credit Program |
| NP 71 88 01 10 | Florida Contracting Classification Premium Adjustment Program - Workers Compensation Premium Credit Application |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 88 91 04 10 | Florida Workers Compensation Deductible Program |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| NP 90 69 07 06 | Certification of Employer Workplace Safety Program Premium Credit |

- This Workers Compensation and Employees Liability policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

# IMPORTANT NOTICE
# TO POLICYHOLDERS

## Drug-Free Workplace Premium Credit Program



To promote safety in the workplace, we will support our policyholders and, where legally allowed, reward you with a drug-testing credit. To be eligible for the credit, you must adopt and maintain a drug-free workplace program that meets our standard program rules and all relevant state and federal drug testing laws.

Send us a copy of your substance abuse policy along with the completed certification form, which is attached to your insurance policy. This will give us an overview of your current drug-testin g program so we can contact you to determine eligibility for a credit.

For assistance or questions, contact our Risk Control department for a Workplace Programs specialist at 866-757-7324. We can provide general information about drug testing and also direct you to resources to help you qualify for state specific programs.

We encourage you to protect the safety of your workers and take the responsibility of developing a Drug-Free Workplace Program!

Risk Control Department
Attn: Drug-Free Workplace Team
P.O. Box 188060
Fairfield, OH 45018

# FLORIDA NOTICE

The following statement is added to the policy:

Any questions or problems concerning your policy, please contact:

**A.** Your agent,

**B.** Your local Liberty Mutual Insurance Servicing Office

MAILING ADDRESS:

P.O. Box 49130
Charlotte, NC 28277-9130
704-759-7661

**FORM 09-1**

**NOTICE TO EMPLOYER: If you have a Drug-Free Workplace Program established and maintained in accordance with Florida law, and you would like to apply for the 5% premium credit that is available, please complete this form for each policy period in which you would like to receive the credit and forward it to your insurer.**

**APPLICATION FOR DRUG-FREE WORKPLACE PREMIUM CREDIT PROGRAM**

Name of Employer: _____

Date Program Implemented: _____

**Testing:**

Procedures for drug testing have been established and/or drug testing has been conducted in the following areas:

_____ Job applicant                           _____ Routine fitness for duty

_____ Reasonable suspicion                    _____ Follow-up testing to Employee Assistance Program

**Notice of Employer's Drug Testing Policy:**

_____ Copy to all employees prior to testing          _____ Show notice of drug testing on vacancy announcements

_____ Posted on employer's premises                   _____ Copies available in personnel office or other suitable locations

_____ Copy to job applicants prior to testing

_____ General notice given 60 days prior to testing   _____ No notice required because the employer had a drug testing program in place prior to July 1, 1990

**Education:**

_____ Resource file on providers
_____ Employee Assistance Program
_____ Education

Name of Medical Review Officer: _____

A.   Name of approved Agency for Health Care Administration Lab or United States Department of Health and Human Services Certified Laboratory: _____

B.   Phone #: (      ) _____

C.   Address: _____

Your certification is subject to physical verification by the insurer. Your policy is subject to additional premium for reimbursement of premium credit, and cancellation provisions of the policy if it is determined that you misrepresented your compliance with Florida law. Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

_____          _____
Employer Name                                Officer/Owner Signature*

_____          _____
Date                                         Title

* Application must be signed by an officer or owner.

**THE ABOVE SIGNED CERTIFIES THAT THIS INFORMATION IS A TRUE AND FACTUAL DEPICTION OF THEIR CURRENT PROGRAM.**

_____        _____        _____
Notary Public's Signature            Date                  Exp. of Commission

©2004 National Council on Compensation Insurance, Inc.                    NC3010 (TB00002)

**FLORIDA CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM**
**WORKERS COMPENSATION PREMIUM CREDIT APPLICATION**

The Florida Contracting Classification Premium Adjustment Program is applicable to qualifying employers engaged in contracting operations.

A special premium calculation, which may result in a premium credit for you, will be based on hourly pay rates for each classification of contracting operations. In order that your premium may be correctly established, please return the completed premium credit application, as set out on the reverse side of this letter, to the:

> National Council on Compensation Insurance, Inc.
> Customer Service Center
> 901 Peninsula Corporate Circle
> Boca Raton, FL 33487-1362

They will advise us of any premium credit applicable.

**If NCCI does not receive this application during the policy period or within three (3) years after the policy period ends, your premium calculation will not reflect any possible premium credit.**

For each applicable classification (both contracting and non- contracting) covering your company's operations in the state of Florida, report the *total* Florida payroll (excluding overtime premium pay, pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, and as well as the entire pay for any exempt sole proprietor, partner, or officer.) and the corresponding *total* number of hours worked, for the third calendar quarter *(JULY, AUGUST, SEPTEMBER)of the prior calendar year as reported to taxing authorities.*

Note #1:    If you did not engage in contracting operations during the third quarter of the prior calendar year, the requested information to be provided should then be for the last complete calendar quarter prior to the effective date of your workers compensation policy.

Note #2:    If you are a new business , submit the requested information for the *first complete calendar quarter following the effective date of your workers compensation policy,* when available.

Note #3:    In the absence of specific records for salaried employees, you should assume that each individual worked forty (40) hours per week.

Please preserve your payroll records that formed the basis for this declaration as we will be required to verify the reported information in order for any premium credit to be applied.

Thank you for your cooperation.

Turn Page Over For Premium Credit Application

NP 71 88 01 10
© 2005 National Council on Compensation Insurance, Inc.

## WORKERS COMPENSATION  PREMIUM  CREDIT APPLICATION

**INSURED:** _____

**POLICY NO:** _____ **EFFECTIVE DATE:** _____

**CARRIER NAME:** _____

Notice:    Unless code(s), total wages paid, total hours worked, calendar quarter reported are indicated and application  is signed, it cannot be processed. *Contact your agent* if assistance  is desired.

Is this a new business?  ☐ No  ☐ Yes

If no, submit information for the **THIRD** calendar quarter (July, August, September) of the prior calendar year as reported to taxing authorities.

If yes, submit information for the **FIRST** complete calendar quarter following the effective date of your workers compensation  policy.

The following is based on actual wages and hours worked, as reflected in our payroll records, for the complete calendar quarter ending _____ .

"Contracting classifications" are those classifications subject to the following code numbers:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0042 | 5037 | 5190 | 5443 | 5506 | 5645 | 6206 | 6251 | 8227 |
| 0050 | 5040 | 5213 | 5445 | 5507 | 5651 | 6213 | 6252 | 9534 |
| 1322 | 5057 | 5215 | 5462 | 5508 | 5703 | 6214 | 6260 | 9554 |
| 2799 | 5059 | 5221 | 5472 | 5509 | 5705 | 6216 | 6306 | |
| 3365 | 5069 | 5222 | 5473 | 5535 | 6004 | 6217 | 6319 | |
| 3719 | 5102 | 5223 | 5474 | 5537 | 6006F | 6229 | 6325 | |
| 3724 | 5146 | 5348 | 5478 | 5551 | 6017 | 6233 | 6400 | |
| 3726 | 5160 | 5402 | 5479 | 5606 | 6018 | 6235 | 7538 | |
| 5020 | 5183 | 5403 | 5480 | 5610 | 6045 | 6236 | 7605 | |
| 5022 | 5188 | 5437 | 5491 | 5613 | 6204 | 6237 | 7855 | |

| CLASSIFICATION | CODE | TOTAL FLORIDA WAGES PAID 1 | TOTAL HOURS WORKED2 |
|---|---|---|---|
| Example:  Electrical  Wiring | 5190 | $8,000 | 520 |
| Contracting  Classifications: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Non-Contracting   Classifications: | | | |
| | | | |
| | | | |

1    These figures are to exclude overtime premium pay (e.g. an employee makes $16/hour and is paid time and one- half, only report the payroll based upon the $16/hour), pay in excess of the maximum individual payroll for executive officers or the pay in excess of payroll amount charged to partners and sole proprietors as shown on the state rate pages, and as well as the entire pay for any exempt sole proprietor, partner, or officer. For each classification code, combine all wages for that code in a single entry. Employee names are not required.

2    Including overtime hours.

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information  is guilty of a felony of the third degree.

**SIGNATURE:** _____ **POSITION:** _____ **DATE:** _____

NP 71 88 01 10

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions you may have to your insurance agent.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Florida Workers Compensation Deductible Program

Florida Law requires all insurers offering Workers Compensation insurance in Florida to offer employers the option of a deductible, subject to the insurer's determination of the employer's financial ability to pay the deductible. A medical and indemnity benefit deductible option in the amount of $2,500 is available in Florida.

As an employer, you can accept or reject this deductible offering. If a deductible has not been included in your quotation or on your policy and you are interested in a deductible option, please contact your independent agent.

# IMPORTANT POLICYHOLDER INFORMATION
# CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

## CERTIFICATION OF EMPLOYER WORKPLACE SAFETY PROGRAM PREMIUM CREDIT

Employer Name: <u>CARLISOS CONSTRUCTION INC</u>

Name of Contact Person: _____ Telephone No.: _____

Policy No.: <u>57637798</u> _____ Effective Date of Policy: <u>11/09/2016</u>

I am submitting a copy of my workplace safety program which meets the requirements of Section 440.1025, Florida Statutes. I certify that this safety program has been implemented in my workplace and is being maintained as submitted to my carrier.

This is to certify that my workplace safety program meets or exceeds the following provisions as provided for in Section 440.1025, Florida Statutes:

1) Written safety policy and safety rules
2) Safety inspections
3) Preventive maintenance
4) Safety training

5) First aid
6) Accident investigation
7) Necessary record keeping

The workplace safety program and application I am submitting for the purpose of obtaining a premium credit do not contain any false, incomplete, or misleading information. I attest to the accuracy of the information submitted. I am aware that I may be subject to an on-site inspection by my carrier, for the purpose of validating the accuracy of this information.

I am aware that any person who submits an application that contains false, misleading, or incomplete information provided with the purpose of avoiding or reducing the amount of premiums for workers' compensation coverage is a felony of the second degree, punishable as provided in Sections 775.082, 775.083 or 775.084 Florida Statutes, or as otherwise punishable as provided under the law.

State of Florida
County of _____

_____
(Signature)

Sworn to, or affirmed, and subscribed before me

this _____ day of _____

_____
(Print Name and Title)

20 _____ , by _____

_____
(Date)

_____
(Signature of Notary)

_____
(Expiration Date and Number)

(NC3011)
Form SAFETY 09-3

© Copyright 1994-2006 National Council on Compensation Insurance, Inc. All Rights Reserved.

This page intentionally left blank.

Workers Compensation And Employers Liability Insurance Policy

WC 00 00 01 A

*Coverage Is Provided In:*

**Ohio Security Insurance Company**

Policy Number:
**XWS (17) 57 63 77 98**
Prior Policy Number:
**XWS (16) 56 99 92 08**

**NCCI Co. No.** 19291

## Workers Compensation and Employers Liability Insurance Policy Information Page

**ITEM 1: The Insured & Mailing Address**

CARLISOS CONSTRUCTION INC
3104 W OSBORNE AVE
TAMPA, FL 33614

**Agent Mailing Address & Phone No.**

(800) 444-1744
INSURANCE INTERMEDIARIES INC
280 N HIGH ST STE 300
COLUMBUS, OH 43215-2535

___Individual ___Partnership
X Corporation or

**FEIN:** 471283202        **NAICS** 238310

Other workplaces not shown above:

**ITEM 2**    **The policy period is** from   11/09/2016 to  11/09/2017        12:01 am Standard Time at the insured's mailing address.

**ITEM 3**    **A. Workers Compensation Insurance:** Part One of the policy applies to the Workers Compensation Law of the states listed here:   FL

**B. Employers Liability Insurance:** Part Two of the policy applies to work in each state listed in Item 3.A.
The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $1,000,000 | each accident |
| Bodily Injury by Disease | $1,000,000 | policy limit |
| Bodily Injury by Disease | $1,000,000 | each employee |

**C. Other States Insurance:** Part Three of the policy applies to the states, if any, listed here: See Extension of Information Page

**D. This policy includes these endorsements and schedules:** See Policy Forms and Endorsements Summary

**ITEM 4**    The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis - Total Estimated Annual Remuneration | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| See Extension of Information Page(s) | | | | |
| Total Estimated Annual Premium | | | | $10,536.00 |
| Total Charges | | | | $10,536.00 |

| | | | | |
|---|---|---|---|---|
| **Minimum Premium** | $874.00 | FL | Total Estimated Annual Premium | $10,536.00 |
| If indicated below, interim adjustments of premiums shall be made. | | | Expense Constant | $200.00 |
| | | | Deposit Premium | $10,536.00 |

Servicing Office and Issue Date    Ohio Regional Office
11/07/16

Countersigned by: _____

*To report a claim, call your Agent or 1-800-362-0000*

**WC 00 00 01 A (WC 30 10 E)**        © 1987 National Council on Compensation Insurance, Inc.

This page intentionally left blank.

Coverage Is Provided In:

*Ohio Security Insurance Company*

POLICY NUMBER
**XWS (17) 57 63 77 98**
Policy Period:
**From:** 11/09/2016 **To** 11/09/2017
Endorsement Period:
**From:** **To**
12:01 am Standard Time
at Insured's Mailing Address

NCCI Co. No. | 19291 |

## Workers Compensation and Employers Liability Insurance Policy Information Page

**ITEM 1: The Insured**        **Agent & Phone No.**

CARLISOS CONSTRUCTION INC

(800) 444-1744
INSURANCE INTERMEDIARIES INC

**EXTENSION OF INFORMATION PAGE**     **ITEM 1: The Insured, Mailing Address, Other Workplaces**

**NAME AND LOCATION SCHEDULE**

Named Insured
001 CARLISOS CONSTRUCTIONINC

CSN
001   Entity: CORPORATION      FEIN: 471283202

Servicing Office    Ohio Regional Office
and Issue Date      11/07/16        Countersigned by: _____

*To report a claim, call your Agent or 1-800-362-0000*

**WC 99 06 44 A**

This page intentionally left blank.

*Coverage Is Provided In:*

*Ohio Security Insurance Company*

POLICY NUMBER
**XWS (17) 57 63 77 98**
Policy Period:
**From:** 11/09/2016 **To** 11/09/2017
Endorsement Period:
**From:** **To**
12:01 am Standard Time
at Insured's Mailing Address

**NCCI Co. No.** 19291

## Workers Compensation and Employers Liability Insurance Policy Information Page

**ITEM 1: The Insured**

**Agent & Phone No.**

CARLISOS CONSTRUCTION INC

(800) 444-1744
INSURANCE INTERMEDIARIES INC

## EXTENSION OF INFORMATION PAGE

| Name Link Code | Location Description | Exposure Record Link | No. of Employees | |
|---|---|---|---|---|
| 001 | 3104 W Osborne Ave<br>Tampa, FL 33614-6662 | 00001 | 6 | NAICS: 238310 |

Servicing Office and Issue Date    Ohio Regional Office
11/07/16

Countersigned by: _____

*To report a claim, call your Agent or 1-800-362-0000*

**WC 99 06 49 A**

This page intentionally left blank.

POLICY NUMBER
**XWS (17) 57 63 77 98**
Policy Period:
**From:** 11/09/2016 **To** 11/09/2017
Endorsement Period:
**From:** **To**
12:01 am Standard Time
at Insured's Mailing Address

**NCCI Co. No.** 19291

**Workers Compensation and Employers Liability Insurance Policy Information Page**

**ITEM 1: The Insured**

**Agent & Phone No.**

CARLISOS CONSTRUCTION INC

(800) 444-1744
INSURANCE INTERMEDIARIES INC

**EXTENSION OF INFORMATION PAGE**

**ITEM 3. C. Other States Insurance:** Part Three of the policy applies to the states, if any, listed here:

All states except North Dakota, Ohio, Washington, Wyoming and states designated in Item 3.A. on the Information Page.

Servicing Office and Issue Date — Ohio Regional Office 11/07/16

Countersigned by: _____

*To report a claim, call your Agent or 1-800-362-0000*

**WC 99 06 47 A**

This page intentionally left blank.

Coverage Is Provided In:

_Ohio Security Insurance Company_

POLICY NUMBER
**XWS (17) 57 63 77 98**
Policy Period:
**From:** 11/09/2016 **To** 11/09/2017
Endorsement Period:
**From:**                    **To**
12:01 am Standard Time
at Insured's Mailing Address

**NCCI Co. No.** | 19291 |

## Workers Compensation and Employers Liability Insurance Policy Information Page

**ITEM 1: The Insured**                              **Agent & Phone No.**

CARLISOS CONSTRUCTION INC                    (800) 444-1744
INSURANCE INTERMEDIARIES INC

---

**EXTENSION OF INFORMATION PAGE**          **STATE:** FLORIDA

**ITEM 4**  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis - Total Estimated Annual Remuneration | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| CARLISOS CONSTRUCTION INC | | | | |
| 3104 W Osborne Ave | | | | |
| Tampa, FL 33614-6662 | | | | |
| NLC 001 CSN 001 state 09 exp rec link 00001 | | | | |
| Wallboard Sheetrock Drywall Plasterboard or Cement Board Installation - Within Buildings & Drivers | | | | |
| | 5445 | 135,000.00 | 7.49 | 10,112.00 |
| Clerical Office Employees NOC | | | | |
| | 8810 | 30,000.00 | .23 | 69.00 |
| Premium for Increased Limits Part Two | 9812 | | .014% | 143.00 |
| Total Subject Premium | | | | 10,324.00 |
| Total Estimated Annual Standard Premium | | | | 10,324.00 |
| Premium Discount, if applicable | 0063 | | .002 ( | 21.00) |
| Expense Constant | 0900 | | | 200.00 |
| Terrorism | 9740 | 165,000.00 | .02 | 33.00 |
| Total Estimated Annual Premium | | | | 10,536.00 |

---

Servicing Office     Ohio Regional Office          Countersigned by: _____
and Issue Date       11/07/16

_To report a claim, call your Agent or 1-800-362-0000_

**WC 99 06 48 B**

This page intentionally left blank.

Coverage Is Provided In:

*Ohio Security Insurance Company*

POLICY NUMBER
XWS (17) 57 63 77 98
Policy Period:
From: 11/09/2016 To 11/09/2017
Endorsement Period:
From: To
12:01 am Standard Time
at Insured's Mailing Address

**NCCI Co. No.** 19291

Workers Compensation and Employers Liability Insurance Policy Information Page

**ITEM 1: The Insured**

**Agent & Phone No.**

CARLISOS CONSTRUCTION INC

(800) 444-1744
INSURANCE INTERMEDIARIES INC

## EXTENSION OF INFORMATION PAGE

### ITEM 3 D.
### POLICY FORMS AND ENDORSEMENTS SCHEDULE

This section lists all the Forms and Endorsements that make up your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE | STATE(S) Applicable |
|---|---|---|
| WC 00 03 08 | Partners, Officers and Others Exclusion Endorsement | FL |
| WC 00 03 13 | Waiver of Our Right to Recover from Others Endorsement | FL |
| WC 00 04 06 A | Premium Discount Endorsement | FL |
| WC 00 04 14 | Notification of Change in Ownership Endorsement | FL |
| WC 00 04 19 | Premium Due Date Endorsement | FL |
| WC 09 03 03 | Florida Employers Liability Coverage Endorsement | FL |
| WC 09 04 01 | Florida Contracting Classification Premium Adjustment Endorsement | FL |
| WC 09 04 03 B | Florida Terrorism Risk Insurance Program Reauthorization Act Endorsement | FL |
| WC 09 04 07 | Florida Non-Cooperation With Premium Audit Endorsement | FL |
| WC 09 06 06 | Florida Employment and Wage Information Release Endorsement | FL |

Servicing Office and Issue Date: Ohio Regional Office 11/07/16

Countersigned by: _____

*To report a claim, call your Agent or 1-800-362-0000*

WC 99 06 49 A

This page intentionally left blank.

### PARTNERS, OFFICERS AND OTHERS EXCLUSION ENDORSEMENT

The policy does not cover bodily injury to any person described in the Schedule.

The premium basis for the policy does not include the remuneration of such persons.

You will reimburse us for any payment we must make because of bodily injury to such persons.

Schedule

**Partners**



**Officers**
Jose Cabrera

**Others**

Copyright 1983 National Council on Compensation Insurance, Inc.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                                   Endorsement No.  0001

Policy Effective   11/09/2016                           Premium

State

Policy No.  XWS (17) 57 63 77 98

Insured   CARLISOS CONSTRUCTION INC

Insurance Company   Ohio Security Insurance Company       19291

Countersigned by _____

Copyright 1983 National Council on Compensation Insurance, Inc.

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

ANY PERSON OR ORGANIZATION WHEN
REQUIRED BY WRITTEN CONTRACT OR
AGREEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                                         Endorsement No.  0002

Policy Effective   11/09/2016                              Premium

State

Policy No.   XWS (17) 57 63 77 98

Insured   CARLISOS CONSTRUCTION INC

Insurance Company   Ohio Security Insurance Company          19291

Countersigned by _____

**WC 00 03 13**
(Ed. 4-84)

Copyright 1983 National Council on Compensation Insurance, Inc.

This page intentionally left blank.

---

### PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule



1. **State**                                          **Estimated Eligible Premium**

| | First | Next | Next | |
|---|---|---|---|---|
| | $10,000 | $190,000 | $1,550,000 | BALANCE |
| FLORIDA | NIL | 5.1% | 6.5% | 7.5% |

2. Average percentage discount:

© **1995 National Council on Compensation Insurance, Inc.**

## PREMIUM DISCOUNT ENDORSEMENT

3.  Other policies:

4.  If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                                    Endorsement No.  0003

Policy Effective  11/09/2016                              Premium

State

Policy No.  XWS (17) 57 63 77 98

Insured   CARLISOS CONSTRUCTION INC

Insurance Company   Ohio Security Insurance Company          19291

Countersigned by _____

**WC 00 04 06 A**
(Ed. 8-95)                                                2  of  2

© 1995 National Council on Compensation Insurance, Inc.