UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

OHIO SECURITY INSURANCE COMPANY,

    Plaintiff,

v.

CARLISOS CONSTRUCTION, INC.,

    Defendant.

_____/

CASE NO. 8:19-CV-03115-WFJ-SPF

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, Ohio Security Insurance Company ("Ohio Insurance"), requests that the Clerk of Court enter default against Defendant, Carlisos Construction, Inc. ("Carlisos") pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Ohio relies on the record in this case and the affidavit attached to this Motion.

Dated 15 September 2020.

                                        Respectfully submitted,

                                        /s/ Michael R. Morris
                                        Michael R. Morris
                                        FBN # 70254
                                        Morris & Morris, P.A.
                                        Attorneys for Ohio Security Insurance Company
                                        1677 D Road
                                        Loxahatchee, FL 33470
                                        Telephone Number 561.903.0562
                                        Facsimile Number 561.828.9351
                                        E-mail address michael@morris.law