United States District Court
Middle District of Florida
(Tampa Division)

Ohio Security  
Insurance Company,

      Plaintiff,

v.

Carlisos Construction, Inc.,

      Defendant.

_____/

Case No. 8:19-cv-03115-WFJ-SPF

### Affidavit of Danielle Pellegrini in Support of Ohio Security Insurance Company's Motion for Default Judgment

State of New Hampshire    )  
                                  ) SS  
County of Strafford         )

Before Me, the undersigned authority, personally appeared Kelley Potvin who, being first duly sworn under oath, deposes and says:

1.     My name is Kelley Potvin. I am a resident of Strafford County, New Hampshire over eighteen years old, and have personal knowledge of the facts stated in this affidavit, to which I am competent to testify.

2.     I am employed by Liberty Mutual Insurance Company as a Senior Receivables Analyst. In 1999, Liberty acquired certain assets of Wausau Insurance Corporation, of which Ohio Security Insurance Company ("Ohio Security") is a subsidiary. As such, Liberty administers all of the policies and programs of Ohio Security.

3.     On or about 9 November 2016, Ohio Security issued Carlisos Construction, Inc. ("Carlisos") general liability policy number BLS 57637798 ("BLS policy"), a copy of which is attached to the Complaint as Exhibit 1.

4. The BLS policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $74,691.10.

5. Ohio Security demanded payment of the final BLS premium from Carlisos, which has refused to pay all or any part of the final premium.

6. 4. On or about 9 November 2016, Ohio Security issued Carlisos excess liability policy number ESO 57637798 ("ESO policy"). A copy of the ESO policy is attached to the Complaint as Exhibit 2.

7. The ESO policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $485.25.

8. 7. Ohio Security demanded payment of the final ESO premium from Carlisos, which has refused to pay all or any part of the final premium.

9.

10. On or about 9 November 2016, Ohio Security issued Carlisos workers compensation policy number WC 57637798 ("WC policy"). A copy of the WC policy is attached to the Complaint as Exhibit 3.

11. The WC policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $88,738.00.

12. Ohio Security demanded payment of the final WC premium from Carlisos, which has refused to pay all or any part of the final premium.

13. Ohio Security is owed a total of $163,914.35 for the balance due on the three policies.

I say nothing further.

*Danielle Pellegrini*
Danielle Pellegrini

2

4. The BLS policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $74,691.10.

5. Ohio Security demanded payment of the final BLS premium from Carlisos, which has refused to pay all or any part of the final premium.

6. On or about 9 November 2016, Ohio Security issued Carlisos excess liability policy number ESO 5767798 ("ESO policy"). A copy of the ESO policy is attached to the Complaint as Exhibit 2.

7. The ESO policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $455.25.

8. 7. Ohio Security demanded payment of the final ESO premium from Carlisos, which has refused to pay all or any part of the final premium.

9.

10. On or about 9 November 2016, Ohio Security issued Carlisos workers' compensation policy number WC 5767792 ("WC policy"). A copy of the WC policy is attached to the Complaint as Exhibit 3.

11. The WC policy, as amended and endorsed during the course of the policy and its renewal, yielded a final premium, after payments were applied, of $38,768.00.

12. Ohio Security demanded payment of the final WC premium from Carlisos, which has refused to pay all or any part of the final premium.

13. Ohio Security is owed a total of $113,914.35 for the balance due on the three policies.

say nothing further.

KELLEY POTVIN

BEFORE ME, the undersigned authority, personally appeared KELLEY POTVIN, who is personally known to me to be the individual described herein or who has produced ~~a xerox~~ NH DL as identification, and who executed the foregoing affidavit and who did take an oath.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid this 10 day of ~~August~~ September 2020.

*Kristi Couch*
NOTARY PUBLIC
Name: Kristi Couch
Commission or Serial No.:
My Commission Expires

[Notary seal: KRISTI A COUCH, SEPT 7 2021, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC]

3