| | |
|---|---|
| Ohio Security Insurance Company, | Case No. 8:19-cv-03115-WFJ-SPF |

    Plaintiff,

v.

Carlisos Construction, Inc.,

    Defendant.

_____/

## Motion for Final Default Judgment

Ohio Security Insurance Company ("Ohio Insurance"), by and through undersigned counsel, requests the Court, pursuant to Federal Rule of Civil Procedure 55 (b)(2) for entry of a final judgment by default against the Defendant, Carlisos Construction, Inc.

1. This case was filed 19 December 2019.

2. The summons in this caser was served upon Carlisos

3. The 90-day window to effect service on Carlisos expired on 20 March 2020.

4. No answer, notice of appearance or responsive document was filed by Carlisos.

5. The Clerk entered a default judgment against Carlisos on 16 September 2020.

6. The claim of the plaintiff is for the sum of $1163,914.45.

7. In further support of this request, Ohio Insurance relies on the record in this case and the affidavit submitted herein.

8. Counsel for Ohio Insurance has made repeated attempts to contact Carlisos, but has been unable to obtain a response to either letter or phone message.

Dated 28 September 2020.

Respectfully submitted,

/s/ Michael R. Morris
Michael R. Morris
FBN # 70254
Morris & Morris, P.A.
Attorneys for Ohio Security Insurance Company
1677 D Road
Loxahatchee, FL 33470
Telephone Number 561.903.0562
Facsimile Number 561.828.9351
E-mail address michael@morris.law