United States District Court
Middle District of Florida
(Tampa Division)

Ohio Security
Insurance Company,

Case No. 8:19-cv-03115-WFJ-SPF

    Plaintiff,

v.

Carlisos Construction, Inc.,

    Defendant.
_____/

## Affidavit in Support of Motion for Default Judgment

State of Florida      )
                                )
County of Palm Beach  )

Before Me, the undersigned authority, personally appeared Michael R. Morris who, being first duly sworn under oath, deposes and says:

1. I, Michael R. Morris, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this case, have personal knowledge of the facts stated in this affidavit, to which I am competent to testify.

2. The Complaint was served upon the defendant on 7 March 2020.

3. No response has been served within the time allowed by law nor has the defendant sought additional time within which to respond.

4. The Clerk entered a Default against Carlisos Construction, Inc. on 16 September 2020

5. The claim of the plaintiff is for the sum of $163,914.35, plus interest from the date of judgment as provided by law, together with the costs of this action.

1677 D Road, Loxahatchee, FL 33470 • T: 561.903.0562 • F: 561.828.9351 • www.Morris.law

I say nothing further.

_____
Michael R. Morris
Attorney for Plaintiff

BEFORE ME, the undersigned authority, personally appeared ~~KELLEY POTVIN~~ Michael R. Morris, who is personally known to me to be the individual described herein or who has produced Florida Drivers as identification, and who executed the foregoing affidavit and who did take an oath.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid this 28 day of September 2020.

JONAIAH C. WEBSTER
MY COMMISSION # GG 280486
EXPIRES: November 29, 2022
Bonded Thru Notary Public Underwriters

_____
~~NOTARY~~ PUBLIC
Name: Jonaiah C. Webster
Commission or Serial No.:
My Commission Expires 11/29/2022